# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
**SHARON WILLIAMS**

Civil Action No. _____

## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this Short Form Complaint pursuant to Case Management Order No. 9 and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Complaint in MDL No. 2846 by reference. Plaintiff(s) further show(s) the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device(s):

   Sharon Williams

2. The name of any Consortium Plaintiff (if applicable):

   Not applicable

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. State of Residence:

   Alabama

5. District Court and Division in which action would have been filed absent direct filing:

   United States District for the District of Rhode Island

6.     Defendants (Check Defendants against whom Complaint is made):

        X     A. Davol, Inc.

        X     B. C.R. Bard, Inc.

        ☐     C. Other (please list: _____)

7.     Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

    ☐     3DMax Mesh

    ☐     3DMax Light Mesh

    ☐     Bard (Marlex) Mesh Dart

    ☐     Bard Mesh

    ☐     Bard *Soft* Mesh

    ☐     Composix

    ☐     Composix E/X

    ☐     Composix Kugel Hernia Patch

    ☐     Composix L/P

    ☐     Kugel Hernia Patch

    ☐     Marlex

    ☐     Modified Kugel Hernia Patch

    ☐     Perfix Light Plug

    ☐     PerFix Plug

    ☐     Sepramesh IP

    ☐     Sperma-Tex

    ☐     Ventralex Hernia Patch

    ☐     Ventralex ST Patch

        X        Ventralight ST

        ☐        Ventrio Patch

        ☐        Ventrio ST

        ☐        Visilex

        ☐        Other (please list in space provided below):

                _____

                _____

8.      Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

        ☐        3DMax Mesh

        ☐        3DMax Light Mesh

        ☐        Bard (Marlex) Mesh Dart

        ☐        Bard Mesh

        ☐        Bard *Soft* Mesh

        ☐        Composix

        ☐        Composix E/X

        ☐        Composix Kugel Hernia Patch

        ☐        Composix L/P

        ☐        Kugel Hernia Patch

        ☐        Marlex

        ☐        Modified Kugel Hernia Patch

        ☐        Perfix Light Plug

        ☐        PerFix Plug

|     |     |
| --- | --- |
| ☐ | Sepramesh IP |
| ☐ | Sperma-Tex |
| ☐ | Ventralex Hernia Patch |
| ☐ | Ventralex ST Patch |
| X | Ventralight ST |
| ☐ | Ventrio Patch |
| ☐ | Ventrio ST |
| ☐ | Visilex |
| ☐ | Other (please list in space provided below): |

_____

_____

9. Date of Implantation and state of implantation: <u>September 11, 2015 and September 11, 2017, Alabama</u>

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?:   Yes  _X_   No____

11. Basis of Jurisdiction:

    X   Diversity of Citizenship

    ☐   Other: _____

12. Counts in the Master Complaint adopted by Plaintiff(s):

    X   Count I – Strict Product Liability- Defective Design

    X   Count II – Strict Product Liability- Failure to Warn

    X   Count III – Strict Product Liability- Manufacturing Defect

4

X         Count IV– Negligence

X         Count V– Negligence Per Se

X         Count VI– Gross Negligence

X         Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

<u>R.I. Gen. Laws Section 6-13.1-1 et seq.;</u>
<u>N.J. Stat. Sections 56:8-1 et seq.;</u>
<u>Ala. Code Sections 8-19-1 et seq;</u>

X         Count VIII – Breach of Implied Warranty

X         Count IX – Breach of Express Warranty

X         Count X – Negligent Infliction of Emotional Distress

X         Count XI – Intentional Infliction of Emotional Distress

X         Count XII – Negligent Misrepresentation

X         Count XIII – Fraud and Fraudulent Misrepresentation

X         Count XIV – Fraudulent Concealment

☐         Count XV – Wrongful Death

☐         Count XVI – Loss of Consortium

X         Count XVII – Punitive Damages

☐         Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

_____
_____
_____
_____

X         Jury Trial is Demanded as to All Counts

☐         Jury Trial is NOT Demanded as to All Counts; if Jury Trial is

Demanded as to Any Count(s), identify which ones (list below):

_____
_____

*/s/ Amanda D. Summerlin*
Attorney(s) for Plaintiff

Amanda D. Summerlin
(AL Bar No. 9801W63J)
Taylor Martino, P.C.
455 Saint Louis Street, Suite 2100
Mobile, AL  36602
(251) 433-3131
asummerlin@taylormartino.com